**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-03330-REB-KLM

JETAIME ESQUIBEL,

    Plaintiff,

v.

JEFFERSON CAPITAL SYSTEMS, LLC, a Georgia limited liability company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal With Prejudice** [#20][1] filed March 13, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal With Prejudice** [#20] filed March 13, 2014, is **APPROVED**;

    2. That any pending motion is **DENIED** as moot; and

    3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated March 14, 2014, at Denver, Colorado.

                                         **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.